IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| MICHAEL WARD, | * |
| Plaintiff, | * |
| v. | *   CV 322-065 |
| LIEUTENANT KIMBERLY JOHNSON, | * |
| Defendant. | * |

**O R D E R**

Plaintiff Michael Ward, through counsel, filed this civil matter on June 15, 2022. In contravention of Federal Rule of Civil Procedure 4(m), Plaintiff has failed to show that he has served the summons and complaint upon the defendant within 90 days of filing the complaint. Accordingly, Plaintiff is **ORDERED** to file proof of service within 14 days of the date of this Order, or in the alternative, to show cause in writing within this same 14 days why the case should not be dismissed for failure of service of process pursuant to Rule 4(m).

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE